AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE       DISTRICT OF       PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 00-055(PG) |
| **EVELYN AVILES-VIROLA, ET AL** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

July 12, 2007  
*Date*

/s/Maritza Maldonado  
*Signature*

Maritza Maldonado  
*Print Name*

350 Torre Chardon, Suite 1201  
*Address*

Hato Rey, Puerto Rico 00918  
*City*

(787) 766-5656  
Phone Number

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on July 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    At San Juan, Puerto Rico, July 12, 2007.

<u>S/Martiza Maldonado</u>
Maritza Maldonado
Special Assistant U.S. Attorney